**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0084

Edward Lafferty

- - Versus - -

Nicholas T. Vaughn, Tyler A. Veazey, State Farm Mutual
Automobile Insurance Company And Mississippi Farm
Bureau Casualty Insurance Company

22nd Judicial District Court
Case #: 111598
Washington Parish

On Application for Rehearing filed on 08/03/2021 by Edward Lafferty

Rehearing _Denied_

John Michael Guidry

Page McClendon

Walter I. Lanier, III

Date    **DEC 0 6 2021**

Rodd Naquin, Clerk